(118 So. 326)

### Clarence ADAMS v. STATE.   (7 Div. 835.)

Supreme Court of Alabama.   Oct. 11, 1928.

Merrill & Field, of Anniston, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Clarence Adams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Adams v. State, 22 Ala. App. 566, 118 So. 325.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.